**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01955-LTB

ROBERT J. FREEMAN,

    Applicant,

v.

ARISTEDES ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion for Court Appointed Counsel" (Doc. #19) is DENIED without prejudice to being refiled in the United States Court of Appeals for the Tenth Circuit. Applicant's "Motion to Stay Appeal to Process Jury Trial Demand" (Doc. #20) is DENIED.

Dated:  January 3, 2012